IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GREGORY E. WILSON, * | |
| Plaintiff, * | |
| vs. * | CASE NO. 4:08-CV-170(CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security, | |
| * | |
| Defendant | |
| * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 13, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 8th day of June, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE